IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Pamela T. Farmer, | ) | Case No. 18-20804 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Document No. WO-1 |
| | ) | |
| | ) | |
| Pamela T. Farmer, | ) | |
|     Movant(s) | ) | Related to Docket No. 26 |
| | ) | |
| Social Security No. XXX-XX- 1980 | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| GD Mission Systems, Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 22, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

GD Mission Systems, Inc.
Attn: Payroll Dept.
12450 Fair Lakes Systems
Fairfax, VA 22033

Date of Service:    March 22, 2018    /s/ Christopher M. Frye
    Christopher M. Frye, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    Chris.Frye@steidl-steinberg.com