Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Pamela T. Farmer**
Debtor(s)

Bankruptcy Case No.: 18–20804–GLT
Issued Per 4/9/2018 Proceeding
Chapter: 13
Docket No.: 31 – 10
Concil. Conf.: September 13, 2018 at 02:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 3/6/2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Sep. 13, 2018 at 02:00 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 3 of Quicken Loans .

☐ H.   Additional Terms:

*(2.)* **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.** **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.** **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.** **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: April 16, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 18-20804-GLT
Pamela T. Farmer                                                    Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: dbas              Page 1 of 2          Date Rcvd: Apr 16, 2018
                             Form ID: 149            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
db             +Pamela T. Farmer,    150 Shenandoah Drive,    Pittsburgh, PA 15235-2049
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14787526        American Express,    c/o Nationwide Credit, Inc.,    PO Box 14581,   Des Moines, IA 50306-3581
14784856       +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
14784857      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
14788519       +Butler Health System,    One Hospital Way,    Attn: Billing,   Butler, PA 16001-4670
14784858       +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14805478       +M&T Bank,    PO Box 1508,   Buffalo, NY 14240-1508
14784867       +Universal Card-Citi Bank,    PO Box 6241,   Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Apr 17 2018 01:48:40       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14784859        E-mail/Text: mrdiscen@discover.com Apr 17 2018 01:47:32       Discover Bank,   PO Box 15136,
                 Wilmington, DE 19850
14789219        E-mail/Text: mrdiscen@discover.com Apr 17 2018 01:47:32       Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14788520       +E-mail/Text: kburkley@bernsteinlaw.com Apr 17 2018 01:48:40       Duquesne Light,
                 411 Seventh Avenue (16-1),    Pittsburgh, PA 15219-1942
14784860        E-mail/Text: cio.bncmail@irs.gov Apr 17 2018 01:47:40      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14784862        E-mail/Text: camanagement@mtb.com Apr 17 2018 01:47:43      M&T Bank,
                 M&T Bank Legal Document Processing,    P.O. Box 844,   Buffalo, NY 14240-0844
14784861        E-mail/Text: camanagement@mtb.com Apr 17 2018 01:47:43      M&T Bank,   Po Box 900,
                 Millsboro, DE 19966
14785830       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2018 01:50:01
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14784863       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 17 2018 01:48:24       Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
14799516       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 17 2018 01:48:24       Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14784864        E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 01:49:40      Synchrony Bank/JCP,
                 PO Box 965060,    Attn: Bankruptcy,   Orlando, FL 32896-5060
14784865        E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 01:49:58      Synchrony Bank/Toy R Us,
                 PO Box 965060,    Attn: Bankruptcy,   Orlando, FL 32896-5060
14784866       +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 01:49:58      Synchrony Bank/Walmart,
                 PO Box 965060,    Attn: Bankruptcy,   El Paso, TX 79980-0001
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14787525*      +American Express,    P.O. Box 981537,   El Paso, TX 79998-1537
14787527*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
14787528*      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14787529*       Discover Bank,    PO Box 15136,   Wilmington, DE 19850
14787530*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
14787532*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M&T Bank,    M&T Bank Legal Document Processing,    P.O. Box 844,
                 Buffalo, NY 14240-0844)
14787531*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M&T Bank,    Po Box 900,   Millsboro, DE 19966)
14787533*      +Quicken Loans,    1050 Woodward Avenue,    Detroit, MI 48226-1906
14787534*       Synchrony Bank/JCP,    PO Box 965060,   Attn: Bankruptcy,    Orlando, FL 32896-5060
14787535*       Synchrony Bank/Toy R Us,    PO Box 965060,    Attn: Bankruptcy,   Orlando, FL 32896-5060
14787536*      +Synchrony Bank/Walmart,    PO Box 965060,    Attn: Bankruptcy,   El Paso, TX 79980-0001
14787537*      +Universal Card-Citi Bank,    PO Box 6241,   Sioux Falls, SD 57117-6241
                                                                                            TOTALS: 1, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

Case 18-20804-GLT    Doc 32    Filed 04/18/18    Entered 04/19/18 00:53:33    Desc Imaged
Certificate of Notice    Page 5 of 5

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Apr 16, 2018
                              Form ID: 149            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          Christopher M. Frye    on behalf of Debtor Pamela T. Farmer chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```