# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** PAMELA T. FARMER
- **Case Number:** 18-20804-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 13, 2018 02:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#10 - Final Confirmation of Plan Dated 3/6/2018 (NFC)
R / M #: 10 / 0

### *Appearances:*

Debtor: J. Steidl
Trustee: Winnecour / Pail / **Katz** / DeSimone
Creditor:

*Con't for plan review*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **12/6/18** at **2:30 pm**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED 2018 SEP 14 A 11:34 U.S. BANKRUPTCY COURT PITTSBURGH

9/7/2018    8:40:00AM