IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Pamela T. Farmer, | ) Case No. 18-20804 GLT |
|     Debtor(s) | ) Chapter 13 |
| | ) Document No. WO-1 |
| | ) |
| | ) Related to Docket No. 42 |
| Pamela T. Farmer, | ) |
|     Movant(s) | ) |
| | ) |
| Social Security No. XXX-XX- 1980 | ) |
| | ) |
| vs. | ) |
| | ) |
| GD Mission Systems, Inc. and | ) |
| Ronda J. Winnecour, Trustee | ) |
|     Respondent(s) | ) |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 27, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee        Pamela Farmer
Suite 3250 – US Steel Tower        150 Shenandoah Drive
600 Grant Street        Pittsburgh, Pa 15235
Pittsburgh, PA 15219

GD Mission Systems, Inc.
Attn: Payroll
12450 Fair Lakes Systems
Fairfax, VA 22033

Date of Service: December 27, 2018        /s/ Christopher M. Frye
                                                                      Christopher M. Frye, Esquire
                                                                       Attorney for the Debtor
                                                                       STEIDL & STEINBERG
                                                                       Suite 2830, Gulf Tower
                                                                       707 Grant Street
                                                                       Pittsburgh, PA 15219
                                                                       (412) 391-8000
                                                                       Chris.frye@steidl-steinberg.com
                                                                       PA I.D. No. 208402