Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Pamela T. Farmer**
  Debtor(s)

Bankruptcy Case No.: 18−20804−GLT
Related to Docket No. 47
Chapter: 13
Docket No.: 48 − 47
Concil. Conf.: May 20, 2021 at 09:00 AM

# **ORDER**

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 30, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 14, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 20, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 16, 2021

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20804-GLT |
| Pamela T. Farmer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: hthu | Page 1 of 3 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela T. Farmer, 150 Shenandoah Drive, Pittsburgh, PA 15235-2049 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14784856 | + | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14814597 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14784857 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14831181 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14788519 | + | Butler Health System, One Hospital Way, Attn: Billing, Butler, PA 16001-4670 |
| 14805478 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14787526 | | Email/Text: NCI_bankonotify@ncirm.com | Mar 17 2021 05:04:00 | American Express, c/o Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 14784859 | | Email/Text: mrdiscen@discover.com | Mar 17 2021 05:04:00 | Discover Bank, PO Box 15136, Wilmington, DE 19850 |
| 14789219 | | Email/Text: mrdiscen@discover.com | Mar 17 2021 05:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14788520 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 17 2021 05:05:00 | Duquesne Light, 411 Seventh Avenue (16-1), Pittsburgh, PA 15219-1942 |
| 14826801 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 17 2021 05:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14784860 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2021 05:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14784858 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 17 2021 04:15:42 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14829461 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2021 04:29:13 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14784862 | | Email/Text: camanagement@mtb.com | Mar 17 2021 05:04:00 | M&T Bank, M&T Bank Legal Document Processing, P.O. Box 844, Buffalo, NY 14240-0844 |
| 14784861 | | Email/Text: camanagement@mtb.com | Mar 17 2021 05:04:00 | M&T Bank, Po Box 900, Millsboro, DE 19966 |
| 14785830 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2021 04:29:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14817164 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2021 05:05:00 | Quantum3 Group LLC as agent for, MOMA |

| Recip ID | Bypass | Email Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14784863 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 17 2021 05:05:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14799516 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 17 2021 05:05:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14784864 | | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 04:15:33 | Synchrony Bank/JCP, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14784865 | | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 04:42:05 | Synchrony Bank/Toy R Us, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14784866 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 04:42:07 | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, El Paso, TX 79980-0001 |
| 14784867 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 04:44:27 | Universal Card-Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14787525 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14787527 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14787529 | * | Discover Bank, PO Box 15136, Wilmington, DE 19850 |
| 14787530 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14787528 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14787532 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, M&T Bank Legal Document Processing, P.O. Box 844, Buffalo, NY 14240-0844 |
| 14787531 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, Po Box 900, Millsboro, DE 19966 |
| 14787533 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14787534 | * | Synchrony Bank/JCP, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14787535 | * | Synchrony Bank/Toy R Us, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14787536 | *+ | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, El Paso, TX 79980-0001 |
| 14787537 | *+ | Universal Card-Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021        Signature:        /s/Joseph Speetjens

District/off: 0315-2 | User: hthu | Page 3 of 3
Date Rcvd: Mar 16, 2021 | Form ID: pdf900 | Total Noticed: 26

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Pamela T. Farmer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6