FILED
5/21/21 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: PAMELA T. FARMER
- Case Number: 18-20804-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, MAY 20, 2021 09:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#47 - Trustee's Certificate of Default to Dismiss H
#51 - Response filed by Debtor with proof of payment
R/M #: 47 / 0

**Appearances:**

*J. Skiff* (signature)

- Debtor:
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Trustee's COD / Motion to Dismiss at Doc #51 is resolved by: ~~Proposed Confirmation of Debtor(s) Amended Plan~~ proposed Order reflecting plan changes.

5/10/2021   4:50:38PM