FILED
5/21/21 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
PAMELA T. FARMER

         Debtor(s)
Ronda J. Winnecour, Trustee
         Movant
   vs.
PAMELA T. FARMER

       Respondent(s)

Case No. 18-20804GLT
Chapter 13

Related to Dkt. No. 47

## ORDER

AND NOW, this 21st day of May 2021, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

  C. The Clerk shall give notice to all creditors of this dismissal.

  D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

  E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

    (1) the time deadline provided by state law; or

    (2) 30 days after the date of this notice.

☒ This case is not dismissed. The plan term is extended to a total of <u>N/A</u> months; the monthly plan payment amount is changed to $<u>2.553</u> effective <u>June 2021</u>.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed \_\_\_\_ with / \_\_\_\_ without prejudice, without further notice or hearing.

☐ Other: _____

BY THE COURT:

_____  jah
Gregory L. Addonio
United States Bankruptcy Judge

Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20804-GLT |
| Pamela T. Farmer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 3
Date Rcvd: May 21, 2021     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela T. Farmer, 150 Shenandoah Drive, Pittsburgh, PA 15235-2049 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14784856 | + | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14814597 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14784857 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14831181 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14788519 | + | Butler Health System, One Hospital Way, Attn: Billing, Butler, PA 16001-4670 |
| 14805478 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14787526 | | Email/Text: NCI_bankonotify@ncirm.com | May 22 2021 01:37:00 | American Express, c/o Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 14784859 | | Email/Text: mrdiscen@discover.com | May 22 2021 01:37:00 | Discover Bank, PO Box 15136, Wilmington, DE 19850 |
| 14789219 | | Email/Text: mrdiscen@discover.com | May 22 2021 01:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14788520 | + | Email/Text: kburkley@bernsteinlaw.com | May 22 2021 01:37:00 | Duquesne Light, 411 Seventh Avenue (16-1), Pittsburgh, PA 15219-1942 |
| 14826801 | + | Email/Text: kburkley@bernsteinlaw.com | May 22 2021 01:37:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14784860 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2021 01:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14784858 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 22 2021 01:52:26 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14829461 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2021 01:50:41 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14784862 | | Email/Text: camanagement@mtb.com | May 22 2021 01:37:00 | M&T Bank, M&T Bank Legal Document Processing, P.O. Box 844, Buffalo, NY 14240-0844 |
| 14784861 | | Email/Text: camanagement@mtb.com | May 22 2021 01:37:00 | M&T Bank, Po Box 900, Millsboro, DE 19966 |
| 14785830 | + | Email/PDF: rmscedi@recoverycorp.com | May 22 2021 01:52:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14817164 | | Email/Text: bnc-quantum@quantum3group.com | May 22 2021 01:37:00 | Quantum3 Group LLC as agent for, MOMA |

| Recip ID | Bypass | Email Type | Date | Recipient |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14784863 | + | Email/Text: bankruptcyteam@quickenloans.com | May 22 2021 01:37:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14799516 | + | Email/Text: bankruptcyteam@quickenloans.com | May 22 2021 01:37:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14784864 | | Email/PDF: gecsedi@recoverycorp.com | May 22 2021 01:50:38 | Synchrony Bank/JCP, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14784865 | | Email/PDF: gecsedi@recoverycorp.com | May 22 2021 01:48:55 | Synchrony Bank/Toy R Us, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14784866 | + | Email/PDF: gecsedi@recoverycorp.com | May 22 2021 01:50:38 | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, El Paso, TX 79980-0001 |
| 14784867 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2021 01:50:42 | Universal Card-Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14787525 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14787527 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14787529 | * | Discover Bank, PO Box 15136, Wilmington, DE 19850 |
| 14787530 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14787528 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14787532 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, M&T Bank Legal Document Processing, P.O. Box 844, Buffalo, NY 14240-0844 |
| 14787531 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, Po Box 900, Millsboro, DE 19966 |
| 14787533 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14787534 | * | Synchrony Bank/JCP, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14787535 | * | Synchrony Bank/Toy R Us, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14787536 | *+ | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, El Paso, TX 79980-0001 |
| 14787537 | *+ | Universal Card-Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2021      Signature:      /s/Joseph Speetjens

District/off: 0315-2 | User: jhel | Page 3 of 3
Date Rcvd: May 21, 2021 | Form ID: pdf900 | Total Noticed: 26

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Pamela T. Farmer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6