# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/5/23 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
PAMELA T. FARMER

Debtor(s)

Ronda J. Winnecour, Trustee
Movant
vs.
PAMELA T. FARMER

Respondents

Case No.18-20804GLT

Chapter 13

Document No.    59

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ____5th____ day of __April__ , 20_23_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Gd Mission Systems
Attn: Payroll Manager
12450 Fair Lakes Systems
Fairfax,VA 22033

is hereby ordered to immediately terminate the attachment of the wages of PAMELA T. FARMER, social security number XXX-XX-1980.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PAMELA T. FARMER.

BY THE COURT:

_____
jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

cc: Debtor(s)
Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 18-20804-GLT

Pamela T. Farmer                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 05, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela T. Farmer, 150 Shenandoah Drive, Pittsburgh, PA 15235-2049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Pamela T. Farmer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Apr 05, 2023                       Form ID: pdf900                               Total Noticed: 1

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8