Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Pamela T. Farmer** | : | Case No. 18−20804−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 62 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 6/28/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of April, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 62 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before June 12, 2023*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *June 28, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20804-GLT |
| Pamela T. Farmer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 26, 2023 | Form ID: 604 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela T. Farmer, 150 Shenandoah Drive, Pittsburgh, PA 15235-2049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14787526 | | Email/Text: NCI_bankonotify@ncirm.com | Apr 26 2023 23:49:00 | American Express, c/o Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 14784856 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:19 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14814597 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14788519 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Apr 26 2023 23:49:00 | Butler Health System, One Hospital Way, Attn: Billing, Butler, PA 16001 |
| 14784857 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14831181 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14784859 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Bank, PO Box 15136, Wilmington, DE 19850 |
| 14789219 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14788520 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light, 411 Seventh Avenue (16-1), Pittsburgh, PA 15219-1942 |
| 14826801 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14784860 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2023 23:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14784858 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:56:15 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14829461 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:08 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14784862 | | Email/Text: camanagement@mtb.com | | |

Case 18-20804-GLT   Doc 65   Filed 04/28/23   Entered 04/29/23 00:29:59   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 604 | Total Noticed: 26 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 26 2023 23:49:00 | M&T Bank, M&T Bank Legal Document Processing, P.O. Box 844, Buffalo, NY 14240-0844 |
| 14784861 | | Email/Text: camanagement@mtb.com | Apr 26 2023 23:49:00 | M&T Bank, Po Box 900, Millsboro, DE 19966 |
| 14805478 | + | Email/Text: camanagement@mtb.com | Apr 26 2023 23:49:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14785830 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:55:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14817164 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14784863 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 26 2023 23:50:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14799516 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 26 2023 23:50:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14784864 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:14 | Synchrony Bank/JCP, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14784865 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:31 | Synchrony Bank/Toy R Us, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14784866 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:31 | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, El Paso, TX 79980-0001 |
| 14784867 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:09:05 | Universal Card-Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14787525 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14787527 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14787529 | * | Discover Bank, PO Box 15136, Wilmington, DE 19850 |
| 14787530 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14787528 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14787532 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, M&T Bank Legal Document Processing, P.O. Box 844, Buffalo, NY 14240-0844 |
| 14787531 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, Po Box 900, Millsboro, DE 19966 |
| 14787533 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14787534 | * | Synchrony Bank/JCP, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14787535 | * | Synchrony Bank/Toy R Us, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14787536 | *+ | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, El Paso, TX 79980-0001 |
| 14787537 | *+ | Universal Card-Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 2 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 26, 2023 | Form ID: 604 | Total Noticed: 26 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Pamela T. Farmer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8