**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAMELA T. FARMER<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:18-20804<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/02/2018 and confirmed on 4/16/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 143,188.75 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 143,188.75 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,400.00 | |
|     Trustee Fee | 6,465.04 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,865.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 32,732.76 | 0.00 | 32,732.76 |
|     Acct: 8453 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 670.85 | 670.85 | 0.00 | 670.85 |
|     Acct: 8453 | | | | |
|   M & T BANK | 22,239.78 | 22,239.78 | 1,479.16 | 23,718.94 |
|     Acct: 5713 | | | | |
| | | | | 57,122.55 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAMELA T. FARMER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 18,686.56 | 18,686.56 | 0.00 | 18,686.56 |
|     Acct: 1980 | | | | |
| | | | | 18,686.56 |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 11,312.85 | 5,693.97 | 0.00 | 5,693.97 |
|     Acct: 3003 | | | | |
|   BANK OF AMERICA NA** | 20,770.62 | 10,454.26 | 0.00 | 10,454.26 |
|     Acct: 0505 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9550 | | | | |
|   DISCOVER BANK(*) | 23,489.20 | 11,822.57 | 0.00 | 11,822.57 |
|     Acct: 4516 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FL | 9,876.99 | 4,971.28 | 0.00 | 4,971.28 |
|     Acct: 8759 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FL | 11,568.53 | 5,822.66 | 0.00 | 5,822.66 |
|     Acct: 0600 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FL | 8,652.61 | 4,355.03 | 0.00 | 4,355.03 |
|     Acct: 1095 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 25,550.24 | 12,859.94 | 0.00 | 12,859.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8936 | | | | |
|   BUTLER HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7421 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 597.30 | 300.63 | 0.00 | 300.63 |
| Acct: 9771 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5713 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,452.24 | 1,234.26 | 0.00 | 1,234.26 |
| Acct: 1980 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0600 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   NATIONWIDE CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 57,514.60 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 133,323.71 |
| TOTAL CLAIMED | | |
| PRIORITY | 18,686.56 | |
| SECURED | 22,910.63 | |
| UNSECURED | 114,270.58 | |

Date: 04/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PAMELA T. FARMER

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:18-20804

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20804-GLT |
| Pamela T. Farmer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela T. Farmer, 150 Shenandoah Drive, Pittsburgh, PA 15235-2049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14787526 | | Email/Text: NCI_bankonotify@ncirm.com | Apr 26 2023 23:49:00 | American Express, c/o Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 14784856 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:44 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14814597 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:09:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14788519 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Apr 26 2023 23:49:00 | Butler Health System, One Hospital Way, Attn: Billing, Butler, PA 16001 |
| 14784857 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14831181 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14784859 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Bank, PO Box 15136, Wilmington, DE 19850 |
| 14789219 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14788520 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light, 411 Seventh Avenue (16-1), Pittsburgh, PA 15219-1942 |
| 14826801 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14784860 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2023 23:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14784858 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:55:31 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14829461 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:24 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14784862 | | Email/Text: camanagement@mtb.com | | |

Case 18-20804-GLT   Doc 67   Filed 04/28/23   Entered 04/29/23 00:29:59   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 26 2023 23:49:00 | M&T Bank, M&T Bank Legal Document Processing, P.O. Box 844, Buffalo, NY 14240-0844 |
| 14784861 | | Email/Text: camanagement@mtb.com | Apr 26 2023 23:49:00 | M&T Bank, Po Box 900, Millsboro, DE 19966 |
| 14805478 | + | Email/Text: camanagement@mtb.com | Apr 26 2023 23:49:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14785830 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:56:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14817164 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14784863 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 26 2023 23:50:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14799516 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 26 2023 23:50:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14784864 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:30 | Synchrony Bank/JCP, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14784865 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:31 | Synchrony Bank/Toy R Us, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14784866 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:31 | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, El Paso, TX 79980-0001 |
| 14784867 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:38 | Universal Card-Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14787525 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14787527 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14787529 | * | Discover Bank, PO Box 15136, Wilmington, DE 19850 |
| 14787530 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14787528 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14787532 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, M&T Bank Legal Document Processing, P.O. Box 844, Buffalo, NY 14240-0844 |
| 14787531 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, Po Box 900, Millsboro, DE 19966 |
| 14787533 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14787534 | * | Synchrony Bank/JCP, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14787535 | * | Synchrony Bank/Toy R Us, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14787536 | *+ | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, El Paso, TX 79980-0001 |
| 14787537 | *+ | Universal Card-Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 2 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 26 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Pamela T. Farmer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8