**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1    Pamela T. Farmer

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   18-20804 GLT

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 8453

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2021

**New total payment:**    $530.50
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $281.08            New escrow payment: $277.27

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%            New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $_____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor(s)   <u>Pamela T. Farmer</u>           Case number (*if known*)  <u>18-20804 GLT</u>
            First Name   Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ <u>Maria D. Miksich (Atty ID 319383)</u>                  Date   10/14/2021
   Signature
Print: Maria Miksich
       14 Oct 2021, 10:10:09, EDT

Title   <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701        Market Street, Suite 5000</u>
           Number      Street
           Philadelphia,              PA        19106
           City                       State     ZIP Code

Contact phone  (215) 627–1322          Email  <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2

Document ID: 85d02988938660efc1cac2442d86b4908cb4dca200487cbf8420fbd789d53f10